[No. 31360-3-III.   Division Three.   March 13, 2014.]

MICHAEL F. CRONIN, *Appellant*, v. CENTRAL VALLEY SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-01155-3, Jerome J. Leveque, J., entered December 17, 2012. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.